FILED

JAN 25 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-50288 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00243-RGK |
| v. | |
| ANNETTE BENDER, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted January 11, 2010 [**]

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

Annette Bender appeals from her guilty-plea conviction and 84-month

sentence for conspiracy to distribute cocaine base, in violation of 21 U.S.C. §§ 846,

841(a)(1), (b)(1)(B)(iii).

_____

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

sko/Research

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Bender's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, appellant's pro se motion for appointment of new counsel is **DENIED**, and the district court's judgment is **AFFIRMED.**